# CASE ANNOUNCEMENTS
## April 25, 2014

[Cite as *04/25/2014 Case Announcements #2*, 2014-Ohio-1768.]

## MOTION AND PROCEDURAL RULINGS

**2014-0626. State v. Lawson.**

Mahoning App. No. 12 MA 194, 2014-Ohio-879. This cause is pending before the court as a

jurisdictional appeal.

Upon consideration of appellant's motion for stay, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Thursday, May 1, 2014.

# CASE ANNOUNCEMENTS

*April 25, 2014*

[Cite as *04/25/2014 Case Announcements #3*, 2014-Ohio-1772.]

## MOTION AND PROCEDURAL RULINGS